Dorothy G. Bunce, Esq.
Nevada Bar No. 0756
A FRESH START
2037 Franklin Ave
Las Vegas, Nevada 89104
(702) 456-1920
1bankruptcy@cox.net
Attorney for MAHVASH MORVARI

*E-Filed on May 4, 2009*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | Case No: 09-12960lbr |
| MAHVASH MORVARI, | Chapter 13 |
| Debtor. | Trustee Rick A Yarnall |

### CHANGE OF ADDRESS - MISSPELLING

Debtor's Social Security Number:        xxx-xx-8582

The Debtor's Former Mailing Address was misspelled as:

Name:              Mahvash Morvari
Street:            3135 Montessouri Street
City, State, Zip:  Las Vegas NV 89117

Debtor's mailing address is:

Name:              Mahvash Morvari
Street:            3135 Montessouri Street
City, State, Zip:  Las Vegas NV 89117

Dated:    May 4, 2009.

A FRESH START
/s/ *Dorothy G. Bunce*
By: Original Signature
DOROTHY G. BUNCE, ESQ.
Nevada Bar # 0756
2037 Franklin Ave
Las Vegas, Nevada 89104
Attorney for Debtor

*A Fresh Start*
*2037 Franklin Ave*
*Las Vegas, Nevada 89104*
*Telephone (702) 456-1920   Fax (877) 613-3287*